COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER WITHDRAWING MEDIATION ORDER

Court of Appeals Number:     01-21-00284-CV

Style:                                Great Value Storage, LLC and World Class Capital Group. LLC v.
Princeton Capital Corporation

Trial Court Case Number:      2019-18855

Trial Court:                        165th District Court of Harris County

Type of Motion:                  Objection to Mediation

Party Filing Motion:            Appellee

      Appellee has objected to mediation.  The Court's mediation order dated June 30, 2021 is withdrawn.


Judge's signature: /s/Richard Hightower
               Acting individually

Date:   July 13, 2021

---

\*     Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* TEX. R. APP. P. 10.3(a).

**Note**:    Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing.  TEX. R. APP. P. 10.4(a).